**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NICOLE JEMERY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>TRANSWORLD SYSTEMS, INC., )<br>)<br>Defendant )<br>)<br>) | **Case No.: 1:14-cv-13404-MLW** |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint without prejudice.

Dated: October 28, 2014     BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
BBO# 662924
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 28th day of October, 2014, a true and correct copy of the foregoing pleading was served via ECF and first class mail to the below:

Transworld Systems, Inc.
10 New England Business Center Drive
Andover, MA 01810
*(Defendant)*

　　　　　　　　　　　　　　　　　　*/s/ Craig Thor Kimmel*
　　　　　　　　　　　　　　　　　　Craig Thor Kimmel, Esquire
　　　　　　　　　　　　　　　　　　BBO# 662924
　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C
　　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　　Email: kimmel@creditlaw.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff